FILED
February 02, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ JU
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LANCE ROBERTS, KEITH BARNES, YASMINE JOHNSON and KAYLA TURNER | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 5:21-cv-00953-OLG |
| WHATABURGER RESTAURANTS, LLC | § § § § | |
| Defendant. | § § | |

**ORDER ON DEFENDANT WHATABURGER RESTAURANTS LLC'S
UNOPPOSED MOTION TO COMPEL ARBITRATION AND
DISMISS FOR LACK OF JURISDICTION**

Before the Court is Defendant Whataburger Restaurants LLC's ("Defendant") Unopposed Motion to Compel Arbitration and Dismiss for Lack of Jurisdiction (the "Motion"). After consideration of the Motion, and Plaintiffs' lack of opposition to the relief sought, it is hereby ordered that the Motion is granted. Accordingly,

(1) It is **ORDERED** that the above-referenced case be submitted to individual arbitrations (per Plaintiff) with the American Arbitration Association.

(2) It is further **ORDERED** that the Clerk of Court is shall **DISMISS** this case without prejudice.

SO ORDERED this   2nd   day of   February   , 2022.

ORLANDO L. GARCIA
CHIEF UNITED STATES DISTRICT JUDGE